UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES LARRY LUNA,<br>　　　　Petitioner<br>　　v.<br>M.E. SPEARMAN,<br>　　　　Respondent. | Case No. CV 13-7549-MMM (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all pleadings, motions, and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

Most of the matters set forth in the Objections were before the Magistrate Judge and were considered by her in connection with the Report. To the extent, as it appears, Petitioner claims that error occurred in the state habeas process, his arguments do not state a basis for issuing a stay, nor would they constitute a cognizable habeas claim in this action.

1       The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that Petitioner's motion for stay and abeyance (Docket No. 24) is DENIED.

DATED: October 15, 2015

                                             *Margaret M. Morrow*
                                         MARGARET M. MORROW
                                         UNITED STATES DISTRICT JUDGE