UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES LARRY LUNA,<br><br>　　　　Petitioner<br><br>　　　v.<br><br>M.E. SPEARMAN,<br><br>　　　　Respondent. | Case No. CV 13-7549-VAP (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition ("Petition") and all pleadings, motions, and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report.  The Court has conducted a de novo review of those matters to which objections have been stated.

　　　In his Objections, Petitioner asserts that the Report contains a factual error at page 3, lines 13-15. (Objections at 1-2: "Petitioner specifically disagrees that he ever admitted that his prior vehicular manslaughter conviction did result in any personal infliction of great bodily injury, as stated in [the Report].")  In fact, as the Report correctly noted, Petitioner did make such an admission.  (*See* Second Amended Petition, Ex. 05, Dkt. 28-2, p. 10 – Transcript of November 4, 2011

hearing in L.A.S.C. No. BA386138 at 17 (Petitioner's plea hearing, in which he stated, "Yes, I do" when asked "Do you admit that, in the commission of that crime [vehicular manslaughter], you personally inflicted great bodily injury on a person other than an accomplice?").)

Petitioner also contends that the United States Magistrate Judge mischaracterized his first habeas claim. The Court finds that the Report fairly and appropriately construed and characterized Ground One of the Second Amended Petition. To the extent that Petitioner now is attempting to reformulate the claim in a different and possibly unexhausted manner, the Court declines to consider this new claim.

The Court has considered Petitioner's objections to the Report's analyses of Grounds Two and Three of the Second Amended Petition and finds that they do not state any basis for rejecting the Report. To the extent that Petitioner now is attempting to state a new, and possibly unexhausted, Sixth Amendment claim within his Objections, the Court declines to consider any such new claim.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 21, 2016  _____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE