UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES LARRY LUNA,<br><br>    Petitioner<br><br>    v.<br><br>M.E. SPEARMAN,<br><br>    Respondent. | Case No. CV 13-7549-VAP (GJS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: April 21, 2016        _____

                                    VIRGINIA A. PHILLIPS<br>                                    UNITED STATES DISTRICT JUDGE